UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. A. No. 23-0223 (RDM) |

## **DEFENDANTS' ANSWER**

Defendants Department of Defense and Department of the Army, by and through undersigned counsel, respectfully submit this Answer to the Complaint for Declaratory and Injunctive Relief ("Complaint") (ECF No. 1) filed by Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") on January 26, 2023. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied. Defendants reserve the right to amend, alter, and supplement this Answer, as the facts and circumstances giving rise to the Complaint become known to them, throughout the course of this litigation.

## **INTRODUCTION**

1. This paragraph sets forth Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendants admit that Plaintiff purports to bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

2. This paragraph sets forth Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed necessary, Defendants respectfully refer the Court to Plaintiff's FOIA request for a full and accurate statement of its content.

## JURISDICTION AND VENUE[1]

3. The allegations contained in this Paragraph consist of conclusions of law to which no response is required. To the extent, a response is required; Defendants admit that the Court has subject matter jurisdiction over cases brought under FOIA.  Also, to the extent, a response is required; Defendants admit that venue is proper in this District.

## THE PARTIES

4. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's status or principal office.

5. Defendants Department of Defense ("DOD") and the Department of the Army ("Army") admit they are agencies under 5 U.S.C. Section 552 (f)(1).

## STATUTORY AND REGULATORY BACKGROUND

6-9. The allegations contained in this Paragraph consist of conclusions of law to which no response is required. To the extent, a response is required; Defendants admit generally to the FOIA statutory and regulatory requirements and respectfully refer the Court to the FOIA for a complete and accurate representation of its content and denies any allegations inconsistent therewith.

## FACTUAL BACKGROUND

10-11. The allegations in Paragraphs 10-11 constitute a characterization of Plaintiff's case to which no response is required.  To the extent, a response is required, Defendants admit only that the DOD Inspector General released a report concerning the events at the U.S. Capitol on January 6, 2021, and respectfully refers the Court to that report and website cited in paragraph 10 for a

---

[1]   For ease of reference, this Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

complete and accurate representation of their contents and denies any allegations inconsistent therewith.

12-16. The allegations in Paragraphs 12-16 constitute a characterization of Plaintiff's case to which no response is required. To the extent a response is deemed necessary, Defendants respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of their content.

17- 19. The allegations in Paragraphs 17-19 constitute a characterization of Plaintiff's case to which no response is required. To the extent a response is deemed necessary, Defendants respectfully refers the Court to Plaintiff's FOIA request and any alleged request for a waiver of fees associated with the processing of Plaintiff's FOIA request for a full and accurate statement of their content.

20. Admit.

21. Admit.

22. Admit.

23. Admit but avers that the Army has completed its search and located responsive records and is currently processing documents for release.

24. The allegations contained in this Paragraph consist of conclusions of law to which no response is required.

**PLAINTIFF'S CLAIM FOR RELIEF**

25. Defendant realleges, as if fully set forth herein, paragraphs 1 through 24 as previously set forth herein.

26. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required.

27. Deny.

28. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, it is denied.

## REQUESTED RELIEF

WHEREFORE, the remaining paragraphs of the Complaint, numbered 1-6, contain Plaintiff's requests for relief to which no response is required. To the extent a response may be deemed necessary, Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendants raise the following defenses:

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

### Second Defense

Plaintiff is not entitled to compel the release of records exempt from disclosure under FOIA. *See* 5 U.S.C. § 552(b).

### Third Defense

Plaintiff is neither eligible for nor entitled to attorneys' fees or costs under 5 U.S.C. § 552(a)(4)(A)(iii).

\* \* \*

- 5 -

Dated: July 6, 2023
      Washington, DC

           Respectfully submitted,

           MATTHEW M. GRAVES, D.C. Bar. #481052
           United States Attorney

           BRIAN P. HUDAK
           Acting Chief, Civil Division


           By:      /s/ *Patrick Doyle*
           PATRICK A. DOYLE, AZ Bar # 032173
           Special Assistant United States Attorney
           601 D Street, NW
           Washington, DC 20530
           (202) 252-2574
           patrick.doyle@usdoj.gov

*Attorneys for the United States of America*